JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4806
Facsimile: (415) 744-0134
E-Mail: Timothy.Bolin@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA WILANN PENNINGTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>KILILO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00870-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>(*FIRST REQUEST*) |

1  Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 45-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint.  The CAR and answer to Plaintiff's Complaint are due to be filed by September 5, 2022.  This is the Commissioner's first request for an extension of time.

Defendant submits that good cause exists for this extension request, as the Defendant requires additional time to explore settlement options in this case. Accordingly, Defendant requests an extension in which to respond to the Complaint until October 20, 2022.  If Defendant is unable to produce the certified administrative record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On August 30, 2022, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including October 20, 2022.

Dated:  September 2, 2022

JASON M. FRIERSON
United States Attorney

/s/ *Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 6, 2022

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

>Marc V. Kalagian
>Marc.Kalagian@rksslaw.com
>Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2022

>/s/ *Timothy R. Bolin*
>TIMOTHY R. BOLIN
>Special Assistant United States Attorney